UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOWARD M. McCORD,<br><br>                    Plaintiff,<br><br>    v.<br><br>RON HAYNES, *et al.*,<br><br>                    Defendants. | Case No. C21-5512-JCC-MLP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION FILING DEADLINE |

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff challenges in this action the Washington Department of Corrections' response to COVID-19 at the Stafford Creek Corrections Center. (*See* dkt. # 5.) On September 30, 2021, this Court entered an Order establishing a pretrial schedule for this action. (Dkt. # 15.) Among the deadlines established in that Order was a dispositive motion filing deadline of January 31, 2022. (*Id*. at 2.) Defendants now move to extend that deadline to February 28, 2022. (Dkt. # 17.) Defendants cite as the basis of their request the fact that Defendants' counsel learned, just as he was preparing to finalize and file a motion for summary judgment, that Plaintiff had tested positive for COVID-19 and was being housed in isolation at the Monroe Correctional Complex. (*See id*.) Defendants assert that

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DISPOSITIVE
MOTION FILING DEADLINE - 1

Plaintiff's positive test changes the basic facts of the case and that, practically speaking, filing a summary judgment motion while Plaintiff was in isolation would reduce the time available for him to respond to the motion. (*Id*. at 2.) Plaintiff filed no opposition to the requested extension.

The Court observes that since the filing of Defendants' motion for extension of time, Plaintiff has been released from physical custody and is now on community custody. (*See* dkt. # 23.) The Court further observes that Defendants filed their motion for summary judgment on February 16, 2022, and the motion is noted on the Court's calendar for consideration on April 8, 2022. (Dkt. # 19.) The Court is persuaded that, under the circumstances cited herein, good cause exists to extend the dispositive motion filing deadline. Accordingly, Defendants' motion to extend the dispositive motion filing deadline (dkt. # 17) is GRANTED, and their recently filed dispositive motion is deemed timely.

DATED this 23rd day of February, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DISPOSITIVE
MOTION FILING DEADLINE - 2