UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOWARD M. McCORD,<br><br>                            Plaintiff,<br><br>    v.<br><br>RON HAYNES, *et al.*,<br><br>                            Defendants. | Case No. 3:21-cv-05512-JHC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

The Court, has reviewed Plaintiff's complaint, Defendants' motion for summary judgment, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record. There being no objections to the Report and Recommendation, the Court hereby finds and ORDERS:

(1)   The Report and Recommendation is approved and adopted.

(2)   Defendants' motion for summary judgment (Dkt. # 19) is GRANTED.

(3)   Plaintiff's complaint (Dkt. # 5) and this action are DISMISSED with prejudice.

(4)   The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1   DATED this 17th day of June, 2022.

2

3   _____
    JOHN H. CHUN
4   United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2